**Memorandum Order issued June 28, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-01005-CV

————————————

**HENRY RAWSON, JR. AND SUSAN RAWSON, Appellants**

**V.**

**OXEA CORPORATION, DASHIELL CORPORATION, AND
MUNDY MAINTENANCE AND SERVICES, LLC, Appellees**

On Appeal from the 190th District Court
Harris County, Texas
Trial Court Case No. 2015-07842

## MEMORANDUM ORDER

Appellants, Henry Rawson, Jr. and Susan Rawson, have filed a motion to dismiss their appeal against appellee Mundy Maintenance and Services, LLC, stating that they have settled this personal injury action against them, and further

request that this Court assess costs against the party that incurred them. *See* TEX. R. APP. P. 42.1(a)(1), (d). Appellants state that this motion does not affect the status of their appeal against appellees Oxea Corporation and Dashiell Corporation.

While there is no certificate of conference with the motion to dismiss, the motion contains a certificate of service on counsel for all three appellees, the motion has been on file with this Court for more than ten days, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). No other party has filed a notice of appeal and no opinion has issued. *See id.* 42.1(a)(1), (c).

## CONCLUSION

Accordingly, we grant the motion and dismiss the appeal against Mundy Maintenance and Services, LLC, with costs to be taxed against the party who incurred the same upon issuance of this Court's judgment. *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f). The appeal against appellees Oxea Corporation and Dashiell Corporation remains pending. *See id.* 42.1(b).

## PER CURIAM

Panel consists of Justices Higley, Bland, and Massengale.

2